United States Court of Appeals
 for the district of columbia circuit

Argued November 13, 1998 Decided January 19, 1999

 No. 97-5333
 
 Luria N. Greene,
 Appellant
 
 v.
 
 John H. Dalton, Secretary, 
 Department of the Navy and
 Donald W. Clause,
 Appellees
 
 
 
 Appeal from the United States District Court
 for the District of Columbia
 (No. 96cv02161)
 
 
 
 Before: Silberman, Ginsburg, and Garland, Circuit Judges.
 
 O R D E R
 
 It is ORDERED by the court that the opinion filed by the court on January 19, 1999 be
amended as follows:

 Page 3, line 30: Delete the word "political" and add in its place the word "personal." 

 Per Curiam
 
 FOR THE COURT:
 MARK LANGER, Clerk

Filed on April 13, 1999